IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DUSTIN CHAMBERS,                )
                                )
                    Plaintiff,  )
                                )
        v.                      )       1:24CV562
                                )
MR. BROWN, et al.               )
                                )
                    Defendant(s). )

**ORDER**

On July 16, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's individual capacity excessive force claims against Defendants Mr. Couzzi, Mr. T. Kluk, and Mr. Rodgers and Plaintiff's individual capacity claim based on a lack of medical treatment against Defendant Jo (nurse) be allowed to proceed but that all other claims in the complaint are DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief can be granted.

/s/   Thomas D. Schroeder
United States District Judge

August 9, 2024